Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court)
0:01CR00206-5 (JMR) /RLE

DOCKET NO. (Receiving Court)
CR04 0500RSM

FILED ENTERED
LODGED RECEIVED

NOV 5 2004
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

| | | | |
|---|---|---|---|
| NAME AND ADDRESS OF<br>Hassan Ali Tulu<br>[redacted]<br>Seattle, WA [redacted] | DISTRICT<br>MINNESOTA | DIVISION<br>Minneapolis | |
| | NAME OF SENTENCING JUDGE<br>Honorable James M. Rosenbaum | | |
| | DATES OF SUPERVISION | FROM<br>12-12-2002 | TO<br>12-11-2007 |
| OFFENSE<br>Aiding and Abetting Mail Fraud | | | |

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the Western District of Washington- Seattle upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

October 25, 2004
Date

James M. Rosenbaum
United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON-SEATTLE

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

11/10/04
Effective Date

United States District Judge

NOV 2 2 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

SCANNED
NOV 2 2 2004
U.S. DISTRICT COURT ST. PAUL