UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-206(5) JMR/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HASSAN ALI TULU,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **SATISFACTION OF MONETARY IMPOSITION AND RELEASE OF ABSTRACT** |

The monetary imposition of $6,923.24 in Restitution and $100.00 Special Assessment in the above-entitled action for defendant Hassan Ali Tulu, has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record,

AND, the Recorder for the County of King, State of Washington, may immediately release the Abstract of Judgment recorded in said Recorder's office of King County, as Document No. 20030219002692, in the amount of $6,923.24 plus interest.

Dated: June 23, 2006

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY LU TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600